IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BERLIE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having previously admitted that he violated the conditions of supervised release, and upon the motion of his counsel,

IT IS ORDERED that Defendant Berlie's revocation hearing is continued until January 13, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

October 3, 2008.                BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge