IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:06CR3062 |
| ROBERT BERLIE, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 214, now set for January 13, 2009, at 12:30 p.m. until a date certain in approximately 60 to 90 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 14th day of April, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 8th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge