IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3062 |
| v. | ) | |
| ROBERT BERLIE, | ) | ORDER |
| Defendant. | ) | |

On July 2, 2008, the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Alan Everett, Assistant United States Attorney.  Defendant admits he violated Standard Condition 4 and 7 and Special Condition 9 of his terms and conditions of supervised release.  The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender under Supervision (filing 183).

On April, 14, 2009, the disposition hearing was held.  The United States was represented by Bruce Gillan, Assistant United States Attorney.  The defendant was present and represented by his attorney, John C. Vanderslice.

IT IS ORDERED: The Court finds that the defendant violated the conditions of supervised release, but elects not to terminate defendant's conditions of supervised release, but rather to maintain them as previously set forth in the original Judgment and Committal Order entered on November 1, 2006.

DATED this 16th day of April, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge